**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CAVE CONSULTING GROUP, INC.,** § § § **Plaintiff,** § § **v.** § § **HEALTH CARE SERVICE CORPORATION,** § § § § **Defendant.** § | **CIVIL ACTION NO. 6:17-CV-00344-RWS** |

## FINAL JUDGMENT

Pursuant to the Court's Order granting Defendant's motion to dismiss (Docket No. 19) and dismissing the claims with prejudice, it is hereby **ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**, and final judgment be entered in this case.

All motions by either party not previously ruled on are hereby **DENIED**. The Clerk of the Court is directed to close this case.

**SIGNED this 5th day of February, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE